1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

FILED

SEP 0 3 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                 DEPUTY CLERK

7

8          IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO.    1: 15 CR   00242 LJO SKO
                                     )
12                                   )  VIOLATIONS: 18 U.S.C. § 371 –
                                     )  Conspiracy to Destroy Letter Boxes
13               Plaintiff,          )  and Steal Mail Matter; 18 U.S.C. §
        v.                           )  1705 – Destruction of Letter Boxes
14                                   )  (two counts); 18 U.S.C. § 1708 –
                                     )  Theft of Mail Matter (two counts) and
15  VUTHIYA TIM, MEGHAN PARADIS,     )  18 U.S.C. §§ 981(a)(1)(C), and 28
    and BOONE KHOONSRIVONG,          )  U.S.C. § 2461 – Criminal Forfeiture
16                                   )
                                     )
17               Defendants.         )
                                     )
18  _____ )

19

20                I N D I C T M E N T

21  COUNT ONE:     [18 U.S.C. § 371 – Conspiracy to Destroy Letter Boxes
                   and Steal Mail Matter]
22
        The Grand Jury charges:
23

24                   VUTHIYA TIM, and
                     MEGHAN PARADIS,
25
    defendants herein, as follows:
26
        I. INTRODUCTION
27
        1. At all times relevant to this Indictment, defendants VUTHIYA
28

1  TIM and MEGHAN PARADIS, and other co-conspirators, participated in a
2  conspiracy to destroy letter boxes and steal mail matter in the State
3  and Eastern District of California, particularly in San Joaquin and
4  Calaveras Counties.

5     2.    Defendant VUTHIYA TIM resided in the Eastern District of
6  California.

7     3.    Defendant MEGHAN PARADIS resided in the Eastern District of
8  California.

9     4.    The United States Postal Offices in Acampo, California;
10  Clements, California; Wallace, California; and Burson, California were
11  all located in the State and Eastern District of California.

12  II. THE CONSPIRACY

13     5. Beginning at a time unknown to the grand jury, but not later
14  than in and about June 2012, and continuing to on or about May 18,
15  2014, within the State and Eastern District of California, defendants
16  VUTHIYA TIM and MEGHAN PARADIS did combine, conspire, and agree with
17  each other, and with others both known and unknown to the grand jury,
18  to commit the following offenses against the United States:

19        a. willfully and maliciously injure, tear down, destroy, and
20     break open letter boxes and other authorized receptacles, to wit,
21     post office boxes located in the Eastern District of California,
22     which were intended and used for the receipt and delivery of mail
23     matter on a mail route of the United States Postal Service, in
24     violation of Title 18, United States Code, Section 1705; and

25        b.    unlawfully steal, take, and abstract letters, post
26     cards, packages, mail, and articles contained therein, from a
27     letter box, post office or station, or mail receptacle which was
28     an authorized depository for mail matter, in violation of Title

2

1  18, United States Code, Section 1708.

2  III. MANNER AND MEANS

3  6. The defendants executed the conspiracy through the following

4  manner and means:

5  7. Beginning at a time unknown, but not later than in and around

6  June 2012 and continuing to in around May 2014, defendants VUTHIYA TIM

7  and MEGHAN PARADIS entered into post offices in Acampo, California;

8  Clements, California; Wallace, California; and Burson, California.

9  After entering the post office, defendants destroyed and broke open

10  post office boxes and took, stole, and abstracted letters, post cards,

11  and articles out of the post office boxes they broke into.

12  8.   Defendants damaged post office boxes in the above-listed

13  post offices in stealing mail and caused damage to the United States

14  Postal Service.  Among other acts in furtherance of the conspiracy,

15  Defendant took checks and convenience checks from the post office

16  boxes they broke open and then deposited those checks fraudulently

17  into accounts they opened or maintained control over.

18  IV. OVERT ACTS

19  9. For the purpose of carrying out the conspiracy and to

20  effectuate the objects thereof, the following overt acts, among

21  others, were committed by the defendants within the State and Eastern

22  District of California:

23      a. On or about June 9, 2012, defendants VUTHIYA TIM and

24  MEGHAN PARADIS entered the post office box section of the Acampo

25  post office located in Acampo, California.  Defendants vandalized

26  and broke open multiple post office boxes located therein and

27  stole and abstracted mail matter located inside the vandalized

28  post office boxes.

3

1    b. On or about August 21, 2012, defendants VUTHIYA TIM and
2    MEGHAN PARADIS entered the post office box section of the Acampo
3    post office located in Acampo, California.  Defendants vandalized
4    and broke open multiple post office boxes located therein and
5    stole and abstracted mail matter located inside the vandalized
6    post office boxes.

7    c. On or about December 25, 2012, defendants VUTHIYA TIM and
8    MEGHAN PARADIS entered the post office box section of the
9    Clements post office located in Clements, California.  Defendants
10   vandalized and broke open multiple post office boxes located
11   therein and stole and abstracted mail matter located inside the
12   vandalized post office boxes.

13   d.   On or about January 20, 2013, defendants VUTHIYA TIM
14   and MEGHAN PARADIS entered the post office box section of the
15   Clements post office located in Clements, California.  Defendants
16   vandalized and broke open multiple post office boxes located
17   therein and stole and abstracted mail matter located inside the
18   vandalized post office boxes.

19   e.   On or about April 11, 2013, defendants VUTHIYA TIM and
20   MEGHAN PARADIS entered the post office box section of the
21   Clements post office located in Clements, California.  Defendants
22   vandalized and broke open multiple post office boxes located
23   therein and stole and abstracted mail matter located inside the
24   vandalized post office boxes.

25   f.   On or about April 11, 2013, defendants VUTHIYA TIM and
26   MEGHAN PARADIS entered the post office box section of the Wallace
27   post office located in Wallace, California.  Defendants
28   vandalized and broke open multiple post office boxes located

4

1  therein and stole and abstracted mail matter located inside the
2  vandalized post office boxes.

3       g.   On or about May 18, 2014, defendants VUTHIYA TIM and
4  MEGHAN PARADIS entered the post office box section of the
5  Clements post office located in Clements, California.  Defendants
6  vandalized and broke open multiple post office boxes located
7  therein and stole and abstracted mail matter located inside the
8  vandalized post office boxes.

9  All in violation Title 18, United States Code, Section 371.

10 COUNTS TWO and THREE     [18 U.S.C. § 1705 - Destruction of Letter
11                                   Boxes]

12     The grand jury further charges as follows:

13     10.   The grand jury realleges and incorporates by reference the
14 allegations in paragraphs 1-5 and 7-12 of this indictment.

15     11.   The defendants identified below, on the dates and in the
16 places listed below, in the State and Eastern District of California,
17 did willfully and maliciously injure, tear down, destroy, and break
18 open letter boxes and other authorized receptacles, to wit, post
19 office boxes, which were intended and used for the receipt and
20 delivery of mail matter on a mail route of the United States Postal
21 Service:

| Count | Date | Place | Defendants |
|-------|------|-------|------------|
| TWO | April 11, 2013 | Clements Post Office, Clements, Ca. | VUTHIYA TIM<br>MEGHAN PARADIS |
| THREE | April 22, 2013 | Wallace Post Office, Wallace, Ca. | MEGHAN PARADIS<br>BOONE KHOONSRIVONG |

All in violation of Title 18, United States Code, section 1705.

COUNTS FOUR and FIVE      [18 U.S.C. § 1708 - Theft of Mail Matter]

The grand jury further charges as follows:

12.   The grand jury realleges and incorporates by reference the allegations in paragraphs 1-5 and 7-12 of this indictment.

13.   The defendants identified below, on the dates and in the places listed below, in the State and Eastern District of California, did unlawfully steal, take, and abstract letters, post cards, and articles contained therein, from a letter box, post office, or mail receptacle which was an authorized depository for mail matter:

| Count | Date | Place | Defendants |
|-------|------|-------|------------|
| FOUR | April 11, 2013 | Clements Post Office, Clements, Ca. | VUTHIYA TIM MEGHAN PARADIS |
| FIVE | April 22, 2014 | Wallace Post Office, Wallace, Ca. | MEGHAN PARADIS BOONE KHOONSRIVONG |

All in violation of Title 18, United States Code, section 1708.

FORFEITURE ALLEGATION:     [18 U.S.C. §§ 981(a)(1)(C), and 28 U.S.C. § 2461 - Criminal Forfeiture]

14.   Upon conviction of one or more of the offenses alleged in Counts One, Four, and Five of this Indictment, defendants VUTHIYA TIM, MEGHAN PARADIS, and BOONE KHOONSRIVONG shall forfeit to the United States, pursuant to Title 18, United States Code, § 981(a)(1)(C) and 28 U.S.C. § 2461, any property constituting or derived from proceeds

1  obtained directly or indirectly, as a result of said violations.

2       15.   If any property subject to forfeiture as a result of the

3  offenses alleged in Counts One, Four, and Five of this Indictment, for

4  which defendants are convicted:

5          a.   cannot be located upon the exercise of due diligence;

6          b.   has been transferred or sold to, or deposited with, a

7          third party;

8          c.   has been placed beyond the jurisdiction of the court;

9          d.   has been substantially diminished in value; or

10         e.   has been commingled with other property which cannot be

11         divided without difficulty;

12 it is the intent of the United States, pursuant to 28 U.S.C. §

13 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any

14 other property of said defendants, up to the value of the property

15 subject to forfeiture.

                                 A TRUE BILL.

16

17                                /s/ Signature on file w/AUSA

18                                FOREPERSON

19 BENJAMIN B. WAGNER
United States Attorney
20

21         **Mark E. Cullers**

22 By_____
MARK E. CULLERS
23 Assistant U.S. Attorney
Chief, Fresno Office
24

25

26

27

28