PHILLIP A. TALBERT
United States Attorney
ANDRÉ M. ESPINOSA
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00242-TLN-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BOONE KHOONSRIVONG & MEGHAN PARADIS, | DATE: January 12, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on January 12, 2017.

2. By this stipulation, defendants now move to continue the status conference until March 16, 2017, and to exclude time between January 12, 2017, and March 16, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) While this matter has been pending, the government has, on various occasions, produced discovery including collections of electronic data, containing video footage, photographs, and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) This matter is related to another criminal prosecution pending before this Court, United States v. Khoonsrivong, et al., 15-CR-00176-TLN, involving separate charges against the defendants in this matter and others. The defendants in this matter wish to explore the possibility

of a global resolution to all pending charges in this matter and in that related case. That related case involves approximately 47,000 pages of paper discovery and other discovery made available for inspection by the government.

  c) Counsel for defendants require additional time to conduct further investigation and interview possible witnesses, and then consult with their respective clients, and to otherwise prepare this matter for potential trial.

  d) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2017, to March 16, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

///
///
///

| | |
|---|---|
| Dated: January 9, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ *ANDRÉ M. ESPINOSA*<br>ANDRÉ M. ESPINOSA<br>Assistant United States Attorney |
| Dated: January 9, 2017 | /s/ *Matthew Bockmon*<br>Matthew Bockmon<br>Counsel for Defendant<br>Boone B. Khoonsrivong |
| Dated: January 9, 2017 | /s/ *Michael Bigelow*<br>Michael Bigelow<br>Counsel for Defendant<br>Meghan Paradis |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of January, 2017.

Troy L. Nunley
United States District Judge