**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Meghan Pardis.

# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:15-CR-176 TLN |
| | ) | No. 1:15-CR-242-TLN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PLEA HEARING |
| MEGHAN PARADIS, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated between the parties that plea hearing this matter, as to this defendant only, be continued to March 30, 2017, at 9:30 AM. The parties are in discussions and finalizing the terms of the plea agreement.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 16, 2017 to March 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's

-1-

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: March 15, 2017        Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

DATED: March 15, 2017        /s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

DATED: March 15, 2017        /s/ANDRE ESPINOSA
Andre Espinosa
Assistant United States Attorney

## ORDER

**IT IS ORDERED:** that pursuant to stipulation the above matter shall be continued until March 30, 2017 at 9:30 AM, and time excluded for the reasons set forth above.

DATED: March 15, 2017

Troy L. Nunley
United States District Judge

-3-